United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                              No. C 12-80291 WHA

BRUCE STEVEN WEINER – #078533

                                                             **ORDER OF SUSPENSION**

_____/

     Because Bruce Steven Weiner has failed to respond to the order to show cause, Mr. Weiner's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated:   February 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE